UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Adrienne Diaz, | : |
| | : |
| | : Civil Action No.: 6:17-cv-00298-ACC-DCI |
| Plaintiff, | : |
| v. | : |
| | : |
| Stellar Recovery, Inc., | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Adrienne Diaz | Stellar Recovery, Inc. |
|---|---|
| ___/s/ *Stan Maslona*___ | ___/s/ *Chelsey Pankratz*___ |
| Stan Maslona, Esq. | Chelsey Pankratz, Esq. |
| Florida Bar No. 86128 | Alison Emery, Esq. |
| Lemberg Law, LLC | Assurance Law Group |
| 43 Danbury Road, Third Floor | 3731 Hendricks Ave. |
| Wilton, CT 06897 | Jacksonville, FL 32207 |
| Telephone: (203) 653-2250 | chelsey@assurancelawgroup.com |
| Facsimile: (203) 653-3424 | alison@assurancelawgroup.com |
| Email: smaslona@lemberglaw.com | Attorney for Defendant |
| Attorney for Plaintiff | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                      By /s/ Stan Maslona
                                                          Stan Maslona, Esq.